## C. E. SAVAGE v. The CITY OF PAULS VALLEY, OKLAHOMA, et al.

### No. 1742.

Circuit Court of Appeals, Tenth Circuit.

Aug. 15, 1938.

S. J. Montgomery and A. H. Meyer, both of Oklahoma City, Okl., for appellant.

Earl A. Brown, of Oklahoma City, Okl., for appellees.

Before LEWIS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, for failure to prosecute, on motion of appellees.

## Hugh STARBECK v. UNITED STATES of America.

### No. 1683.

Circuit Court of Appeals, Tenth Circuit.

Aug. 15, 1938.

No appearance for appellant.

Summerfield S. Alexander, U. S. Atty., of Kingman, Kan.

Before LEWIS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee at appellant's costs, appellant not contesting the motion.

## In the Matter of the Petition of Marie G. TAYLOR.

### No. 8946.

Circuit Court of Appeals, Ninth Circuit.

Sept. 6, 1938.

John W. Ross, of Tucson, Ariz., for petitioner.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the petition for allowance of appeal herein under section 24b of the Bankruptcy Act, 11 U.S.C.A. § 47(b), and by direction of the court, it is ordered that the said petition for allowance of appeal be, and hereby is denied.

## UNITED STATES of America v. AMERICAN NATIONAL BANK OF BRISTOW, OKLAHOMA, et al.

### No. 1760.

Circuit Court of Appeals, Tenth Circuit.

Aug. 27, 1938.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl.

Wallace & Wallace, of Sapulpa, Okl., for appellee American Nat. Bank of Bristow, Okl.

W. V. Pryor, of Sapulpa, Okl., for appellee Alice May Bosen, now Morrison.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.